**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMSURGCARE, et al.,

                Plaintiffs,

-against-                           24 **CIVIL** 6181 (JPO)

**JUDGMENT**

AVERY HAGER, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2025, Plaintiffs' motion for leave to file an amended complaint is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York
         July 14, 2025

                                                   **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                   **BY:**

                                                         **Deputy Clerk**